1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ASHER JAMES BECKER, | |
|---|---|
| Plaintiff, | CASE NO. 3:16-CV-05315-RBL-JRC |
| v. | ORDER TO SHOW CAUSE |
| BRENT CARNEY et al., | |
| Defendants. | |

Plaintiff Asher James Becker who is housed at the Stafford Creek Corrections center and is proceeding *pro se*, filed a Motion to Proceed *In Forma Pauperis* (IFP). Dkt. 1. In his IFP motion, plaintiff states that he has $15,600 from a civil lawsuit, $148 in cash on hand, $1600.00 in his checking account, and $9,000 in his savings account. *Id.* Plaintiff also states that he uses the money he received from the civil lawsuit to help support his mother. *Id.* Plaintiff's Prison Trust Account Statement shows that plaintiff has average monthly receipts of $364.07. Dkt. 2.

Based on the information supplied to the Court, plaintiff can afford the $400.00 filing fee. Therefore, plaintiff is ordered to show cause why his motion to proceed IFP should not be

1  denied. Plaintiff must respond to this order to show cause on or before June 3, 2016. In the
2  alternative, plaintiff may pay the $400.00 filing fee before that date.
3        Failure to show cause or pay the amount shall be deemed a failure to properly prosecute
4  this matter and the Court will recommend dismissal of this matter.
5        Dated this 2nd day of May, 2016.

                                                */s/ J. Richard Creatura*

                                                J. Richard Creatura
                                                United States Magistrate Judge