UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ASHER JAMES BECKER,

        Plaintiff,

v.

BRENT CARNEY et al,

        Defendants.

CASE NO. 3:16-CV-05315-RBL-JRC

ORDER DIRECTING PLAINTIFF
TO SERVE COMPLAINT

The District Court has referred this action, filed pursuant to 42 U.S.C. §1983, to United States Magistrate Judge J. Richard Creatura.

Plaintiff paid the full filing fee on May 17, 2016 and is not proceeding *in forma pauperis* in this matter. *See* Dkt. Thus, it is plaintiff's obligation to serve copies of the summons and complaint (Dkt. 5) upon the named defendants.

Plaintiff is directed to Rule 4 of the Federal Rules of Civil Procedure, which set forth the rules and procedure for service of the summons and complaint. Pursuant to Rule 4(m), plaintiff must serve copies of the summons and complaint upon the named defendants within 90 days

1 after filing of the complaint. Unless plaintiff can show good cause for his failure to serve, the
2 Court shall dismiss this action without prejudice. Fed. R. Civ. P. 4(m).
3     Dated this 24th day of May, 2016.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge