UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ASHER JAMES BECKER,

          Plaintiff,

v.

BRENT CARNEY,

          Defendant.

CASE NO. C16-5315 RBL-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation [Dkt. #7].

(2)    Plaintiff Becker paid the $400.00 filing fee on May 17, 2016. Therefore, his IFP motion [Dkt. #1] is **DENIED** as moot. His Objection [Dkt. #9] to the show cause order is also **DENIED** as moot.

**DATED** this 1st day of July, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1