UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ASHER JAMES BECKER,

         Plaintiff,

    v.

BRENT CARNEY, et al.,

         Defendants.

CASE NO. 3:16-CV-05315-RBL-JRC

ORDER ON SEVERAL MOTIONS

Plaintiff, proceeding *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. Presently before the Court are several motions filed by plaintiff: (1) motion to identify "CRC Member Pat Doe #1;" (Dkt. 43); (2) motion to amend complaint (Dkt. 44); and motion for extension (Dkt. 47). Defendants do not oppose plaintiff's motion to amend and motion for extension, Dkts. 48, 50, and did not file a response to plaintiff's motion to identify the Doe defendant.

**1. Motion to Amend (Dkt. 44)**

Under Rule 15(a) of the Federal Rules of Civil Procedure,

>(1) ***Amending as a Matter of Course***
>A party may amend its pleading once as a matter of course within:
>(A) 21 days after serving it, or

ORDER - 1

(B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

(2) *Other Amendments*

In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires

Having reviewed plaintiff's motion, with no opposition from defendants, *see* Dkt. 48, the Court grants plaintiff's motion to amend, Dkt. 44.

However, the attached proposed first amended complaint is illegible in several places. *See e.g.* 44-1 at 3, 13, 17, Plaintiff is ordered to file an amended complaint on or before January 30, 2017 that is legible, clear, and dark enough that it can be scanned and entered into the Court's electronic filing system.

**2. Motion to Identify "CRC Member Pat Doe #1" Dkt. 43**

Because the Court grants plaintiff's motion to amend, which identifies defendant Sara Smith (Dkt. 44-1), plaintiff's request to serve defendant Smith as a "Doe" defendant is denied as moot.

3. **Motion for Extension (Dkt. 47)**

Plaintiff seeks a ninety-day extension until March 22, 2017 to submit names and address for the other unidentified "DOE" defendants. Dkt. 47. With no opposition from defendants, the Court grants plaintiff's motion for the extension, as requested.

Dated this 5th day of January, 2017.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2