UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ASHER JAMES BECKER,

    Plaintiff,

v.

CARNEY et al.,

    Defendants.

CASE NO. 3:16-CV-05315-RBL-JRC

REPORT AND RECOMMENDATION

NOTED FOR: JULY 14, 2017

Before the Court is plaintiff's voluntary motion to dismiss defendants McCarty, Parker, Harmon, and Armbruster without prejudice. Dkt. 92. Defendants do not oppose plaintiff's motion. Dkt. 94. The undersigned recommends that the motion be granted and that defendants McCarty, Parker, Harmon, and Armbruster be dismissed without prejudice.

**BACKGROUND**

On January 18, 2017, plaintiff filed his first amended complaint against defendants Danielle Armbruster, Dale Caldwell, Brent Carney, Margaret Gilbert, Dennis Harmin, Robert Herzog, Bryan King, Erin Lystad, Douglas McCarty, Kerri McTarsney, Jim Parker, Richard Roberts, Brad Simpson, Belinda Stewart, Dan Van Ogle, Washington State Department of Corrections, Joe Williamson, Pat Doe #6, Pat Doe #7, Pat Doe #8, Pat Doe #9, Pat Doe #10,

1  Sarah Smith, Pat Doe #2, Pat Doe #3, Pat Doe #4, Pat Doe #5. Dkt. 55. On February 2, 2017,

2  defendants Danielle Armbruster, Dale Caldwell, Brent Carney, Margaret Gilbert, Dennis

3  Harmin, Robert Herzog, Bryan King, Erin Lystad, Douglas McCarty, Kerri McTarsney, Jim

4  Parker, Richard Roberts, Brad Simpson, Belinda Stewart, Dan Van Ogle, and Washington State

5  Department of Corrections filed their answer. Dkt. 57.

6  **DISCUSSION**

7  Rule 41 of the Federal Rules of Civil Procedure sets forth the circumstances under which

8  an action may be dismissed. Plaintiff must seek leave of Court to dismiss this action because an

9  answer has been filed. *See* Dkt. 57.

10  Here, plaintiff moves for dismissal of defendants McCarty, Parker, Harmon, and

11  Armbruster without prejudice (Dkt. 92), and defendants do not oppose plaintiff's motion (Dkt.

12  93). Accordingly, the Court recommends that plaintiff's motion to dismiss defendants McCarty,

13  Parker, Harmon, and Armbruster (Dkt. 92) be granted and that the Court dismiss this action

14  against defendants McCarty, Parker, Harmon, and Armbruster without prejudice.

15  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

16  Procedure, the parties shall have fourteen (14) days from service of this Report and

17  Recommendation to file written objections.  See also Fed. R. Civ. P. 6.  Failure to file objections

18  will result in a waiver of those objections for purposes of appeal.  *Thomas v. Arn*, 474 U.S. 140

19  (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the

20  matter for consideration on **July 14, 2017**, as noted in the caption.

21  Dated this 20th day of June, 2017.

22

23  _____
    J. Richard Creatura
24  United States Magistrate Judge