UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ASHER JAMES BECKER,<br><br>             Plaintiff,<br><br>      v.<br><br>BRETT CARNEY, et al.,<br><br>             Defendants. | CASE NO. 3:16-cv-05315 RBL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura and the remaining record, does hereby find and **ORDER:**

(1)   The Court adopts the Report and Recommendation [Dkt. #96].

(2)   Plaintiff's motion to dismiss defendants McCarty, Parker, Harmon, and Armbruster (Dkt. 92) is GRANTED, and this action against defendants McCarty, Parker, Harmon, and Armbruster is DISMISSED without prejudice.

**DATED** this 17th day of July, 2017.

Ronald B. Leighton
United States District Judge

ORDER - 1