UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ASHER JAMES BECKER,

        Plaintiff,

v.

BRENT CARNEY, et al.,

        Defendants.

CASE NO. 3:16-cv-05315-RBL-JRC

ORDER DENYING MOTIONS FOR OVERLENGTH FILINGS

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

Plaintiff Asher James Becker filed a motion asking the Court to allow him to file an overlength response to defendants' motion for summary judgment. Dkt. 138. Plaintiff then filed a second motion requesting an extension. Dkt. 144.

Responses to motions for summary judgment are limited to 24 pages. LCR 7(e)(3). Further, motions seeking to file overlength pleadings are generally disfavored. LCR 7(f). Here,

plaintiff has provided no reason for his need to file an overlength pleading. Rather, he asks summarily in one sentence to file additional pages. *See* Dkt. 138, 144. Without more, the Court finds an overlength brief is inappropriate here.

Therefore, plaintiff's motions for overlength filings (Dkts. 138, 144) are denied. However, plaintiff is granted leave to file an amended response within the proper page limits. Plaintiff may file his amended response **on or before December 11, 2017**. The Clerk is directed to renote defendants' motion for summary judgment (Dkt. 110) for December 15, 2017.

Dated this 22nd day of November, 2017.

J. Richard Creatura
United States Magistrate Judge