UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ASHER JAMES BECKER,

    Plaintiff,

v.

BRENT CARNEY, et al.,

    Defendants.

CASE NO. 3:16-cv-05315-RBL-JRC

ORDER DENYING MOTION TO COMPEL

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

Plaintiff filed a motion to produce records because a set of prison grievances he requested were being withheld by the mail room. Dkt. 109. Defendants responded that the records were being withheld based on a legitimate prison security policy. Dkt. 123. The Court ordered defendants to show cause why they should not be ordered to allow plaintiff to view the requested records in a controlled setting. Dkt. 132. Defendants have now filed a response. Dkt. 136.

1 | Defendants explain that the prison grievances requested by plaintiff include confidential information about other inmates. Dkt. 136 at 2. They state that allowing plaintiff to gain access to this information in any form poses a security risk. *Id*. They further explain that accommodating a viewing of these documents would put a burden on staff and prison resources. *Id*. However, defendants have redacted copies of the documents, omitting inmates' names, Department of Corrections ("DOC") numbers, and prison cell information, and have mailed those redacted copies to plaintiff. *Id*. at 2-3.

Therefore, defendants have shown cause why they should not be ordered to allow plaintiff to view the requested records in a controlled setting. By mailing the redacted copies to plaintiff, defendants seem to have appropriately balanced DOC's security interests with plaintiff's interests in his discovery materials. The Court finds that the redacted copies of the requested records are sufficient for plaintiff to determine the relevance of those records to his claims. Because defendants have now produced these records, plaintiff's motion to produce records (Dkt. 109) is denied.

Dated this 1st day of December, 2017.

J. Richard Creatura
United States Magistrate Judge