UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ASHER JAMES BECKER,<br><br>                Plaintiff,<br><br>    v.<br><br>BRENT CARNEY, et al.,<br><br>                Defendant. | CASE NO. 3:16-cv-05315-RBL-JRC<br><br>ORDER DENYING MOTION TO AMEND AND MOTION TO PRODUCE VIDEO |

      Plaintiff Asher James Becker, proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. Plaintiff filed a motion to amend and supplement his response to defendants' motion for summary judgment. Dkt. 143. However, the Court has already given plaintiff leave to file an amended response (Dkt. 148) and plaintiff has already filed his amended response (Dkt. 151). Therefore, plaintiff has already received his desired remedy.

      Further, plaintiff has also filed a motion to produce a video under seal. Dkt. 145. However, defendants have now produced the video in question under seal. *See* Dkt. 152; docket event on 12/7/2017. Because of this, plaintiff's remedy has already been provided here as well.

Therefore, it is ORDERED:

(1) Plaintiff's motion to amend (Dkt. 143) is denied as moot.

(2) Plaintiff's motion to produce video (Dkt. 145) is also denied as moot.

Dated this 27th day of December, 2017.

J. Richard Creatura
United States Magistrate Judge