1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ASHER JAMES BECKER,

               Plaintiff,

v.

BRENT CARNEY, et al.,

               Defendants.

CASE NO. 3:16-CV-05315-RBL-JRC

ORDER GRANTING MOTION TO SUPPLEMENT AND PLACING MATERIALS UNDER SEAL

Before the Court is plaintiff's motion to file supplemental records. Dkt. 154. The records plaintiff wishes to file are a declaration, a set of drawings depicting a scene from a video that has been submitted to this Court under seal, and several copies of plaintiff's grievances. *Id.* Defendants filed a response, stating that they do not object to the supplemental records. Dkt. 157. However, because pages 4 to 10 of the document contain descriptions and drawings that contain safety and security information about prison camera placement, defendants request the Court place the offending pages under seal pursuant to our previous order. *See* Dkt. 86. Plaintiff does not object. Dkt. 158.

Therefore, it is ORDERED:

1) Plaintiff's motion to file supplemental records (Dkt. 154) is granted. The Court will take note of the additional records plaintiff has filed.

2) Defendants' request in their response (Dkt. 157) is also granted.

3) The Clerk is directed to place plaintiff's motion to file supplemental records under seal.

Dated this 12th day of January, 2018.

J. Richard Creatura
United States Magistrate Judge