UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ASHER JAMES BECKER,

           Plaintiff,

v.

BRENT CARNEY, et al.,

           Defendants.

CASE NO. 3:16-cv-05315-RBL-JRC

ORDER

    The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

    Before the Court is defendants' motion for summary judgment. Dkt. 110. Pursuant to this Court's order, defendants submitted a sealed copy of security footage that plaintiff relies on in his complaint. Dkt. 152. However, the format in which the security footage was submitted is not compatible with the Court's computers or audio-visual equipment. Because plaintiff relies on

this video as evidence for his claims, it would be inappropriate to make a decision on defendants' motion without viewing it.

Therefore, it is ORDERED:

1) Defendants are instructed to submit a new copy of the security footage under seal and in a format that is compatible with Windows Media Player. Defendants may find a list of compatible formats on the Microsoft Support webpage. Defendants shall submit the new copy on or before February 16, 2018.

2) The Clerk is directed to renote defendants' motion for summary judgment (Dkt. 110) to February 16, 2018.

Dated this 19th day of January, 2018.

J. Richard Creatura
United States Magistrate Judge