# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ASHER JAMES BECKER,

    Plaintiff,

v.

BRENT CARNEY, et al.,

    Defendants.

CASE NO. 3:16-CV-05315-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     Defendants' motion for summary judgment is GRANTED and plaintiff's action is dismissed.

**DATED** this 26th day of March, 2018.

*/s/ Ronald B. Leighton*
Ronald B. Leighton
United States District Judge