UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHER J. BECKER,<br><br>Plaintiff,<br><br>v.<br><br>BRENT CARNEY, et al.,<br><br>Defendants. | Case No. 3:16-cv-05315-RSM-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation filed by Plaintiff and Defendants, Defendants' Response to Plaintiff's objections, and the remaining record, hereby finds and ORDERS:

(1) Defendants' Summary Judgment Motion (Dkt. #199) is GRANTED IN PART AND DENIED IN PART. All claims are dismissed with prejudice except the § 1983 claim that Joe Williamson retaliated against Plaintiff.

(2) Plaintiff's Cross-Motion for Summary Judgment (Dkt. #211) is DENIED as untimely.

(3) The Clerk shall send copies of this order to Plaintiff and Judge Creatura.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

DATED this 14th day of September, 2020.

                                                                                                               */s/ Ricardo S. Martinez*

                                                                                                              RICARDO S. MARTINEZ
                                                                                                               CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2