UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ASHER J. BECKER,

        Plaintiff,

   v.

RHONDA WILLIAMSON,

        Defendant.

CASE NO. 3:16-cv-05315-RSM-JRC

SCHEDULING ORDER

The Court has reviewed the parties' Joint Status Report (Dkt. 229) and schedules this case for a three-day jury trial on **December 13, 2021, at 9:00 a.m. before the Honorable Ricardo S. Martinez, Courtroom 13206** with the following pretrial schedule:

| Event | Date |
| --- | --- |
| Settlement Conference per LCR 39.1(c)(2) held no later than | **September 1, 2021** |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing.  Motions in limine raised in trial briefs will not be considered. | **November 15, 2021** |

| Agreed LCR 16.1 Pretrial Order due | **December 1, 2021** |
|---|---|
| Pretrial conference | **To be set if needed** |
| Trial briefs, proposed voir dire, jury instructions and exhibits by | **December 10, 2021** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the trial dates assigned to this matter creates an irreconcilable conflict, counsel must notify Deputy Clerk Kelly Miller at kelly_miller@wawd.uscourts.gov, within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

## ALTERATIONS TO ELECTRONIC FILING PROCEDURES

As of June 1, 2004, counsel shall be required to electronically file all documents with the court. Pro se litigants may file either electronically or in paper form. Information and procedures or electronic filing can be found on the Western District of Washington's website at https://www.wawd.uscourts.gov.

The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Martinez:

- Section III, Paragraph F: When the aggregate submittal to the Court (i.e., the motion, any declarations and exhibits, the proposed order, and the certification of service) exceeds 50 pages in length, a paper copy of the document (3-hole punched, with dividers, banded or

clipped as needed. No binders.) must be delivered to the Clerk's Office by 10:30 a.m. the day after filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."

- Section III, Paragraph L: Unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not email a copy of the order to the judge's orders email address.

## DISCOVERY

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. If there is a dispute the parties believe can be resolved through a phone conference with the court, the parties should contact Kelly Miller, at Kelly_miller@wawd.uscourts.gov, as soon as possible.

## PRIVACY POLICY

Under LCR 5.2(a), parties must redact the following information from documents and exhibits before they are filed with the Court:

- Dates of Birth – redact to the year of birth, unless deceased.
- Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
- Social Security or Taxpayer ID Numbers – redact in their entirety
- Financial Accounting Information – redact to the last four digits.
- Passport Numbers and Driver License Numbers – redact in their entirety.

## EXHIBITS

The original and one copy of the trial exhibits are to be delivered to chambers seven days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office.

The Court hereby alters the LCR 16.1 procedure for numbering exhibits:

1    Plaintiff's exhibits shall be numbered consecutively beginning with the number "1"
2  (one). Defendant's exhibits shall be numbered consecutively beginning with "A-1" (one).
3  Duplicate documents shall not be listed twice. Once a party has identified an exhibit in the
4  Pretrial Order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder
5  with appropriately numbered tabs.

6    **COOPERATION AND SETTLEMENT**

7    As required by LCR 37(a), all discovery matters are to be resolved by agreement if
8  possible.  Counsel are further directed to cooperate in preparing the final Pretrial Order in the
9  format required by LCR 16.1, except as ordered below.

10    This case is designated for mediation pursuant to LCR 39.1(c), and the parties shall
11  follow the procedures set forth therein.

12    Should this case settle before Judge Martinez has ruled on dispositive motions, counsel
13  shall notify Kelly Miller at Kelly_miller@wawd.uscourts.gov.  Should this case settle after Judge
14  Martinez has ruled on dispositive motions, counsel shall immediately notify Lowell Williams or
15  Laurie Cuaresma, at (206) 370-8521.  Pursuant to LCR11(b), an attorney who fails to give the
16  Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems
17  appropriate.

18    Dated this 6th day of January, 2021.

19
20
21    _____
       J. Richard Creatura
22     United States Magistrate Judge
23
24