UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHER JAMES BECKER,<br><br>Plaintiff,<br><br>v.<br><br>RHONDA WILLIAMSON,<br><br>Defendant. | Case No. 3:16-cv-05315-RSM-JRC<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

This matter comes before the Court on the parties' Stipulated Motion for Order of Dismissal, Dkt. #233. The parties move for dismissal of this action "on the condition that the parties comply with the conditions and terms of the Settlement Agreement as agreed by the parties…" *Id*. at 2. This agreement has not been filed with the Court. The Court cannot speak to an agreement it has not seen, but finds that dismissal of this action at this time is clearly warranted. Accordingly, the Court ORDERS that Plaintiff's claims against Defendant in this action are hereby DISMISSED with prejudice. This case is CLOSED.

DATED this 8th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 1